**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DISTRICT**

Rodger Alexander,

      Plaintiff,

                            CASE NO. 24-cv-13337

vs

                            HON. F. Key Behm

Douglas Dynamics, LLC, A Michigan     MAG: Anthony P. Patti
Liability , Company, NICK DOCKERY

      Defendants.

---

| | |
|---|---|
| LAW OFFICES OF DIANA L. McCLAIN & ASSOCIATES, P.C.<br>Diana L. McClain (P54781)<br>Attorney for Plaintiff<br>7071 Orchard Lake Rd. Ste 210<br>(248) 539-3714<br>dlmcclain@aol.com | JACKSON LEWIS P.C.<br>Maurice G. Jenkins (P33083)<br>John S. Gilliam (P81421)<br>Amira Genevieve Adel (P85646)<br>Attorneys for Defendants<br>2000 Town Center, Ste. 1650<br>Southfield, MI 48075<br>(248) 936-1900 (ofc)<br>(248) 936-1901 (fax)<br>Maurice.Jenkins@jacksonlewis.com<br>John.Gilliam@jacksonlewis.com<br>AmiraGenevieve.adel@jacksonlewis |

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO**
**DEFENDANT NICK DOCKERY'S MOTION FOR SUMMARY JUDGMENT OUT OF TIME**

This matter having come before the Court on Plaintiff's Motion for Leave to File

Response to Defendant Nick Dockery's Motion for Summary Judgment Out of Time, and the

Court being otherwise fully advised in the premises,

Plaintiff has shown good cause and excusable neglect for her failure to timely file the

response to Dockery's motion for summary judgment, and thus **IT IS HEREBY ORDERED**

that Plaintiff's Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff shall file Plaintiff's Response to Defendant Nick Dockery's Motion for Summary Judgment **on or before July 31, 2026.**

**IT IS SO ORDERED.**

Date: July 28, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge